UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

BRENDAN J. O'GARA

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj31/MD

AFPD Randall Lockhart
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(2) | Driving With a Suspended License With Knowledge | 11/4/07 | One |

Count(s) Two is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 16, 2008.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 350.00 | $ 0.00 |

Date of Imposition of Sentence - 2/26/08

*Miles Davis*
UNITED STATES MAGISTRATE JUDGE

Date: 2-26-08